FILED
December 22, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. MAG. 08-0435-EFB
    Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
RYAN LOUIS ENNIS, )
)
    Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release RYAN LOUIS ENNIS, Case No. MAG. 08-0435-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $1,000,000.00 (or all available equity in subject properties)

    _X_ Unsecured Appearance Bond/Agreement to Forfeit Property (Interim)

    _X_ Appearance Bond with Surety

    _X_ (Other) Conditions as stated on the record.

    _X_ (Other) Secured bond paperwork due filed by 01/12/09.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 12/22/08 at 3:00pm.

By _____
Edmund F. Brennan
United States Magistrate Judge